ents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin P. J., Townley, Glennon, Untermyer and Dore, JJ.

ANNE B. BEER, Respondent, v. WILLIAM J. BEER, Appellant.— Order entered March 22, 1945, unanimously modified by reducing the amount of alimony awarded to $60 per week and the counsel fee to $300, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See *post*, p. 819.]

ANNE B. BEER, Respondent, v. WILLIAM J. BEER, Appellant.— Order entered March 5, 1945, unanimously affirmed, with $10 costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ANNAMAY GOODWINE, Appellant, v. CHRISTOPHER GOODWINE, Respondent.— The issues presented by the conflicting affidavits can best be determined after a hearing. Order appealed from modified by providing that the motion be granted to the extent of referring the matter to an official referee to hear the issues presented and report with his opinion to Special Term, and as so modified unanimously affirmed. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

HARRY BURGIN, Doing Business under the Name of BRIDESBURG FOUNDRY COMPANY, Respondent, v. VICTOR SONSHINE, Appellant, et al., Defendants. (Action No. 1.) AMERICAN REDISCOUNT CORPORATION, Respondent, v. VICTOR SONSHINE, Appellant, and GEORGE MANUFACTURING CORP., Respondent. (Action No. 2.) — Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of SIGURD REVHEIM et al., Appellants, for an Order Directing That Arbitration Proceed between the Petitioners and SAMUEL B. SHANKMAN, Respondent.— Order so far as appealed from unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ANNA HUNTER, Respondent, v. ARMAND BLATT et al., Doing Business under the Names of W. B. ASSOCIATES, SOFTOL COMPANY and ARMAND BLATT ASSOCIATES, Appellants.— Order so far as appealed from unanimously affirmed, with $20 costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

WILLIAM BRADFORD, Appellant, v. BROOKLYN TRUST COMPANY et al., Respondents, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ROSE KLEIN, Suing as a Stockholder of and on Behalf of KLEIN'S OUTLET, INC., Respondent, v. KLEIN'S OUTLET, INC., et al., Appellants, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Untermyer, J., taking no part.

BENNO KLEEBLAT, Appellant, v. CADILLAC SILK Co., INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

WALTER READE, Respondent, v. RICHARD M. HUBER et al., as Trustees under the Will of FRANK V. STORRS, Deceased, Appellants.— Order so far as appealed from affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Unter-